IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JESSICA MATTSON, | Cause No. CV-17-00099-BMM |
| Plaintiff, | |
| | THE HON. BRIAN M. MORRIS |
| -vs.- | |
| | **ORDER OF DISMISSAL WITH PREJUDICE** |
| GEICO INDEMNITY COMPANY, | |
| Defendant. | |

Upon stipulation of the parties hereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter be dismissed with prejudice as fully and finally settled on the merits, each party to bear its own costs and attorneys' fees incurred herein.

DATED this 10th day of October, 2017.

_____
Brian Morris
United States District Court Judge